# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYCAS B. JORDAN,** | : | CIVIL NO. 1:16-CV-1261 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN A. ROWLEY, ANGELA HOOVER AND LT. MOORE,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of June, 2017, upon consideration of defendants' motion (Doc. 16) to dismiss, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 16) to dismiss is GRANTED.

2. The Clerk of Court is directed to CLOSE this action.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania